■ JAMES ZANOTELLI, Plaintiff, v OCCIDENTAL CHEMICAL CORPORATION, Respondent, and NIAGARA MOHAWK POWER CORPORATION, Appellant.—Order insofar as appealed from unanimously reversed on the law without costs and appellant's motion granted, in accordance with the following memorandum: Special Term erred in denying that portion of defendant Niagara Mohawk Power Corporation's motion seeking leave to amend its answer to assert a cross claim against defendant Occidental Chemical Corporation based upon contractual indemnification. Leave to amend pleadings "shall be freely given" (CPLR 3025 [b]) and Occidental will suffer no surprise or prejudice by the proposed amendment *(Fahey v County of Ontario*, 44 NY2d 934, 935). (Appeal from order of Supreme Court, Niagara County, Koshian, J.—amend answer.) Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.